In the Matter of the Claim of LYDIA POUPART, Respondent, against JOSEPH H. MYERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of THE BOARD OF SUPERVISORS OF THE COUNTY OF WARREN to Secure the Requisite Rights of Way for THE HAGUE-TICONDEROGA COUNTY HIGHWAY, No. 2823, Warren County.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ. [150 Misc. 461.]

LILLIAN FELDMAN, Appellant, v. THE HEBREW HOSPITAL ASSOCIATION OF SULLIVAN COUNTY (Membership Corporation), Respondent.* — Judgment and order setting aside the verdict reversed on the law and the facts, with costs, and the verdict reinstated. Rhodes, McNamee and Heffernan, JJ., concur; Hill, P. J., and Bliss, J., dissent and vote to affirm.

ANDREW HUTTER, Respondent, v. JOSEPH GOGGINS, Appellant.— Judgment reversed on the law, with costs, and complaint dismissed, with costs. Hill, P. J., Crapser, Bliss and Heffernan, JJ., concur; Rhodes, J., dissents and votes to affirm.

In the Matter of the Application of UNITED STATES TRUST COMPANY, as Successor Executor of the Last Will and Testament of CORNELIUS VANDERBILT, Deceased, and Others, Petitioners, against THOMAS M. LYNCH and Others, as and Constituting The State Tax Commission of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Judicial Settlement of the Accounts of DONALD S. WALKER, as Surviving Trustee under the Last Will and Testament of JOHN U. BROOKMAN, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

FRANK N. FREEMAN and Another, Appellants, v. BEATRICE M. SPRAGUE, as Executrix, etc., of DON F. SPRAGUE, Deceased, Respondent, and INTERNATIONAL PULP COMPANY, Defendant.— Judgment appealed from unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

EMILY VAN ORDER SWEENEY, as Administratrix, etc., of FRANK VAN ORDER, Deceased, Appellant, v. W. O. THOMPSON, as President of the New York Central Railroad Mutual Relief Association, an Unincorporated Association, Respondent. — Judgment and order affirmed, with costs, on the authority of McMartin v. Fidelity & Casualty Co. (264 N. Y. 220). Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.